# EXHIBIT A

# NOTICE OF
# THIRD PARTY PURCHASE OF PROPERTY

BLANKS DONNIE J JR / BLANKS JENNIFER L
7201 Capps Ferry Road
Douglasville, Georgia 30135

NOTICE IS HEREBY GIVEN that on 3/7/2023, Catamount Properties 2018, LLC, has purchased the property you currently occupy, located at:

7201 Capps Ferry Road
Douglasville, Georgia 30135

Please contact the undersigned at 470-727-5808 as soon as possible.

WE WOULD LIKE TO WORK WITH YOU TO MAKE THIS AN AMICABLE TRANSITION.

Dated: 3/7/2023

Ryan Deutsch
authorized agent of Owner

---

# AVISO DE
# COMPRA DE LA PROPIEDAD POR PARTE DE UN TERCERO

BLANKS DONNIE J JR / BLANKS JENNIFER L
7201 Capps Ferry Road
Douglasville, Georgia 30135

AVISO que en 3/7/2023, Catamount Properties 2018, LLC, ha comprado la propiedad que usted actualmente ocupa, localizada en:

7201 Capps Ferry Road
Douglasville, Georgia 30135

Por favor comuníquese con Manuel Rodriguez al siguiente numero (310) 321-8092 inmediatamente.

Quisiéramos trabajar con usted para hacer esto una transición amistosa.

Fecha: 3/7/2023

Manuel Rodriguez
Agente autorizado del dueño

---

**RYAN DEUTSCH**
Project Manager

470.727.5808
rdeutsch@wedgewood-inc.com
Smyrna, GA 30080
WWW.WEDGEWOOD-INC.COM